**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS CASANUEVA FERRO., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-cv1695 |
| | ) | Judge Trauger |
| CHRISTOPHER S. BULLOCK, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

It is hereby ORDERED that the respondents shall not transfer the petitioner outside the state of Tennessee nor deport him from the United States pending a ruling on his Verified Petition (Doc. No. 1), absent prior approval of this court.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge