**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS CASANUEVA FERRO., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-cv1695 |
| | ) | Judge Trauger |
| CHRISTOPHER S. BULLOCK, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

It is hereby ORDERED that the respondents shall respond to the petitioner's Emergency Motion (Doc. No. 10) by close of business on November 3, 2026.

The court reiterates its prior order that the defendant shall not be transported out of the United States pending further order of the court.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge